NOV 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiffs,
vs.
ROBERT SANCHEZ,
Defendant.

No. 1:12-CR-00042 LJO

ORDER OF RELEASE

The above-named defendant, having been sentenced on November 19, 2012 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of the Fresno Rescue Mission on **Wednesday, November 21, 2012**. A certified Judgment and Commitment order to follow.

DATED: November 19, 2012

LAWRENCE J. O'NEILL
U.S. District Judge